THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| MARIA GUADALUPE DIAZ TOSCANO, individually and as class representative,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEXANDRA LOZANO KENNEDY, an individual; LA LUZ DEL CAMINO LEGAL, PLLC, f/k/a ALEXANDRA LOZANO IMMIGRATION LAW PLLC, a Washington professional limited liability company; EN SOLIDARIDAD, LLC, a Washington limited liability company; SALUD TOTAL, LLC, a Wyoming limited liability company; AMIGA LAWYERS LLC, a Washington limited liability company; ALLY LOZANO, LLC, a Washington limited liability company.<br><br>Defendants. | No. 2:26-cv-02088-RSM<br><br>NOTICE OF APPEARANCE |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that Angelo J. Calfo, Peter D. Hawkes, Harold Malkin and Tyler S. Weaver of Angeli & Calfo LLC hereby appear as counsel for Defendants Alexandra Lozano Kennedy, La Luz Del Camino Legal, PLLC, f/k/a Alexandra Lozano Immigration



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

Law, PLLC, Salud Total, LLC, Amiga Lawyers, LLC, and Ally Lozano, LLC in the above-entitled action and request that all further papers and pleadings be served upon them.

Dated this 24th day of July 2026.

ANGELI & CALFO LLC

By: */s/ Angelo J. Calfo*
Angelo J. Calfo, WSBA #27079
angelo@angelicalfo.com

By: */s/ Peter D. Hawkes*
Peter D. Hawkes, WSBA #56794
peter@angelicalfo.com

By: */s/ Harold Malkin*
Harold Malkin, WSBA #30986
harold@angelicalfo.com

By: */s/ Tyle S. Weaver*
Tyler S. Weaver, WSBA #29413
tylerw@angelicalfo.com

701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

*Attorneys for Defendants Alexandra Lozano Kennedy, La Luz Del Camino Legal, PLLC f/k/a Alexandra Lozano Immigration Law, PLLC, Salud Total, LLC, Amiga Lawyers, LLC, and Ally Lozano, LLC*