THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

MARIA GUADALUPE DIAZ TOSCANO, individually and as class representative,

Plaintiff,

vs.

ALEXANDRA LOZANO KENNEDY, an individual; LA LUZ DEL CAMINO LEGAL, PLLC, f/k/a ALEXANDRA LOZANO IMMIGRATION LAW PLLC, a Washington professional limited liability company; EN SOLIDARIDAD, LLC, a Washington limited liability company; SALUD TOTAL, LLC, a Wyoming limited liability company; AMIGA LAWYERS LLC, a Washington limited liability company; ALLY LOZANO, LLC, a Washington limited liability company.

Defendants.

No. 2:26-cv-02088-RSM

CORPORATE DISCLOSURE STATEMENT OF ALLY LOZANO, LLC

Defendant Ally Lozano, LLC was dissolved in February 2023 and formation and/or other relevant documents are no longer available. Ally Lozano, LLC is organized under the laws of the State of Washington and its principal place of business is Washington.

/ / /

/ / /



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

Dated this 7th day of August, 2026.

ANGELI & CALFO LLC

By: /s/ Harold Malkin

Angelo J. Calfo, WSBA #27079
Peter D. Hawkes, WSBA #56794
Harold Malkin, WSBA #30986
Tyler S. Weaver, WSBA #29413
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
angelo@angelicalfo.com
peter@angelicalfo.com
harold@angelicalfo.com
tylerw@angelicalfo.com

*Attorneys for Defendants Alexandra Lozano Kennedy, La Luz Legal Del Camino Legal, PLLC f/k/a Alexandra Lozano Immigration Law, PLLC, Salud Total, LLC, Amiga Lawyers, LLC, and Ally Lozano, LLC*