THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| MARIA GUADALUPE DIAZ TOSCANO, individually and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA LOZANO KENNEDY, an individual; LA LUZ DEL CAMINO LEGAL, PLLC, f/k/a ALEXANDRA LOZANO IMMIGRATION LAW PLLC, a Washington professional limited liability company; EN SOLIDARIDAD, LLC, a Washington limited liability company; SALUD TOTAL, LLC, a Wyoming limited liability company; AMIGA LAWYERS LLC, a Washington limited liability company; ALLY LOZANO, LLC, a Washington limited liability company.<br><br>Defendants. | No. 2:26-cv-02088-RSM<br><br>CORPORATE DISCLOSURE STATEMENT OF LA LUZ DEL CAMINO LEGAL, PLLC (f/k/a ALEXANDRA LOZANO IMMIGRATION LAW PLLC) |

Defendant La Luz Del Camino Legal, PLLC, f/k/a Alexandra Lozano Immigration Law, PLLC, certifies that its only Member is Five Star Legacy Trust of which Alexandra Lozano is the sole Trustee. La Luz Del Camino Legal, PLLC is organized under the laws of the State of Washington and its principal place of business is Washington. Alexandra Lozano is a citizen of Florida.



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

Dated this 7th day of August, 2026.

ANGELI & CALFO LLC

By: */s/ Harold Malkin*

Angelo J. Calfo, WSBA #27079
Peter D. Hawkes, WSBA #56794
Harold Malkin, WSBA #30986
Tyler S. Weaver, WSBA #29413
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
angelo@angelicalfo.com
peter@angelicalfo.com
harold@angelicalfo.com
tylerw@angelicalfo.com

*Attorneys for Defendants Alexandra Lozano Kennedy, La Luz Legal Del Camino Legal, PLLC f/k/a Alexandra Lozano Immigration Law, PLLC, Salud Total, LLC, Amiga Lawyers, LLC, and Ally Lozano, LLC*