UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIA GUADALUPE DIAZ TOSCANO, individually and as class representative,<br><br>Plaintiff,<br><br>vs.<br><br>ALEXANDRA LOZANO KENNEDY, an individual; LA LUZ DEL CAMINO LEGAL, PLLC, f/k/a ALEXANDRA LOZANO IMMIGRATION LAW PLLC, a Washington professional limited liability company; EN SOLIDARIDAD, LLC, a Washington limited liability company; SALUD TOTAL, LLC, a Wyoming limited liability company; AMIGA LAWYERS LLC, a Washington limited liability company; ALLY LOZANO, LLC, a Washington limited liability company.,<br><br>Defendants. | Case No. 2:26-cv-02088-RSM<br><br>[PROPOSED] ORDER ON PLAINTIFF'S MOTION TO COMPEL DISCOVERY |

THIS MATTER comes before the Court on Plaintiff's Motion to Compel Discovery and to Set Deadline for Supplemental Production. The Court has considered the motion, the Declaration of Damian S. Mendez and its exhibits, Defendants' response, Plaintiff's reply,



**MENDEZ LAW GROUP, PLLC**
3317 36th Avenue South, Unit B
Seattle, Washington 98144
206-290-5148 Telephone
206-260-9010 Fax

and the remainder of the record. Being fully advised, the Court ORDERS as follows:

1. Plaintiff's Motion to Compel is GRANTED as set forth below.

2. Ally Interrogatory No. 11. Within fourteen (14) days of this Order, Defendant Ally Lozano, LLC shall serve a complete verified supplemental answer to Interrogatory No. 11, furnishing the information available to the party as required by Fed. R. Civ. P. 33(b)(1)(B). If, after reasonable inquiry, Ally lacks information responsive to any part of the interrogatory, it shall so state.

3. Amiga and Ally RFP Nos. 29–30. Within fourteen (14) days of this Order, Defendants Amiga Lawyers, LLC and Ally Lozano, LLC shall serve supplemental responses to RFP Nos. 29–30 that comply with Fed. R. Civ. P. 34(b)(2)(C) by stating whether any responsive materials are being withheld on the basis of an objection, and shall produce any responsive, nonprivileged documents within their possession, custody, or control.

4. Financial discovery. Within twenty-one (21) days of this Order, Defendant La Luz Del Camino Legal, PLLC shall answer Interrogatory No. 8 and produce documents responsive to RFP Nos. 16–17, limited to transfers or other movement of value during the class period, as defined in the First Amended Complaint at ¶ 6.2, between La Luz and any of the following: Alexandra Lozano Kennedy; Manuel Lozano Rodriguez; Salud Total, LLC; En Solidaridad, LLC; Amiga Lawyers, LLC; Ally Lozano, LLC; and Five Star Legacy Trust. Confidential information shall be designated and handled under the Stipulated Protective Order (Dkt. 28).

5. Production schedule. Defendants shall complete the supplemental production they have agreed to make as follows:

(a) Defendants shall begin rolling production immediately. To the extent responsive,



MENDEZ LAW GROUP, PLLC
3317 36th Avenue South, Unit B
Seattle, Washington 98144
206-290-5148 Telephone
206-260-9010 Fax

nonprivileged documents have already been collected, reviewed, and are ready for production, they shall be produced within seven (7) days of this Order.

(b) Within fourteen (14) days of this Order, Defendants shall complete production of the following agreed non-ESI or readily producible categories: Plaintiff's client file (to the extent not already produced); policies and procedures; training materials; intake and signature materials; marketing materials; organizational and ownership records; and the reports Defendants agreed to produce concerning Salud Total refunds, Salud Total referrals from La Luz, La Luz clients and benefit type, and Salud Total interviewers.

(c) For electronically stored information requiring the custodian, source, and search-term process contemplated by the Stipulated ESI Order (Dkt. 29), Defendants shall, within fourteen (14) days of this Order, provide Plaintiff a date-certain production schedule consistent with Dkt. 29 and shall produce responsive material on a rolling basis as searches and review are completed.

6. Nothing in this Order requires a Defendant to produce documents held solely by an independent third party when the Defendant lacks possession, custody, or control and lacks the legal right to obtain those documents on demand. The ESI Order (Dkt. 29) does not supplant the parties' Rule 34 obligations, and neither Dkt. 28 nor Dkt. 29 postpones any obligation imposed by this Order.

7. Nothing in this Order adjudicates Plaintiff's September 18, 2026 Second Sets of Interrogatories and Requests for Production to Amiga Lawyers, LLC or Ally Lozano, LLC, which were not due when the motion was filed.



**MENDEZ LAW GROUP, PLLC**
3317 36th Avenue South, Unit B
Seattle, Washington 98144
206-290-5148 Telephone
206-260-9010 Fax

DATED: ____________

______________________________________

The Honorable Ricardo S. Martinez

United States District Judge



**MENDEZ LAW GROUP, PLLC**
3317 36th Avenue South, Unit B
Seattle, Washington 98144
206-290-5148 Telephone
206-260-9010 Fax