THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

ERIKA ALEJANDRA MEJIA SANCHEZ, *et al.*,

Plaintiffs,

vs.

ALEXANDRA LOZANO KENNEDY, *et al.*,

Defendants.

No. 2:26-cv-01587-RSM

**DECLARATION OF KYLE B. DUGAN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION TO COMPEL DISCOVERY AND TO SET DEADLINE FOR SUPPLEMENTAL PRODUCTION**

I, Kyle B. Dugan, declare as follows:

1. I am an attorney with Angeli & Calfo LLC, counsel of record for Defendants Alexandra Lozano Kennedy; La Luz Del Camino Legal, PLLC, f/k/a Alexandra Lozano Immigration Law PLLC; Salud Total, LLC; Amiga Lawyers, LLC; Ally Lozano, LLC ("Defendants") in this action. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion to Compel Discovery and to Set Deadline for Supplemental Production. The statements below are made from my own personal knowledge and I am competent to testify to them if called upon to do so.

2. On October 5, 2026, Defendants delivered to Plaintiff a link to a database



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

containing Defendants' initial production in the above-captioned and -entitled matter. That production included 167 documents and totaled approximately 1,997 pages.

3. La Luz del Camino Legal, PLLC f/k/a Alexandra Lozano Immigration Law PLLC, Salud Total, LLC, and Alexandra Lozano Kennedy are collecting and reviewing documents consistent with their respective Responses and Objections to Plaintiffs First Set of Interrogatories and Requests for Production of Documents.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed this 19th day of October, 2026, at Seattle, Washington.

*/s/ Kyle B. Dugan*
Kyle B. Dugan, WSBA #65609



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810