THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

| | |
|---|---|
| MARIA GUADALUPE DIAZ TOSCANO, individually and as class representative,<br><br>Plaintiffs,<br><br>vs.<br><br>ALEXANDRA LOZANO KENNEDY, *et al.*,<br><br>Defendants. | No. 2:26-cv-02088-RSM<br><br>**DEFENDANT'S RESPONSE TO MOTION TO SEAL EXHIBIT A TO THE DECLARATION OF DAMIAN S. MENDEZ AND UNREDACTED VERSIONS OF RELATED FILINGS (DKT. 34)**<br><br>**NOTING DATE: NOVEMBER 9, 2026** |

## RESPONSE

Defendant La Luz del Camino Legal, PLLC f/k/a Alexandra Lozano Immigration Law PLLC (the "Firm" or "Defendant") hereby submits this response to Plaintiff Maria Guadalupe Diaz Toscano's Motion to Seal Exhibit A to the Declaration of Damian S. Mendez and Unredacted Versions of Related Filings (Dkt. 34) (the "Motion").

The Motion seeks to seal the Contract Form[1] produced in this matter by the Firm and marked as "CONFIDENTIAL." *See* Dkt. 34. The Contract Form was properly entitled to be

---

[1] The term "Contract Form" refers collectively to those documents labeled LLDCL_CA0000008–14 and filed under seal in the Court's records as Docket Number 37.



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

so marked pursuant to Sections 2(c) and (d) of the Stipulated Protective Order, as it constitutes a non-public contract containing non-public pricing. *See* Dkt. 28 at 2. The marking was not the result of "[m]ass, indiscriminate, or routinized designations" as the Motion suggests (in the absence of any articulated basis for the implication and without any substantive analysis). *See* Dkt. 34 at 5. However, Defendant has at this time withdrawn the "CONFIDENTIAL" designation as to the Contract Form and consents to its filing in the Court's records without sealing or redaction.

## CONCLUSION

In light of the retraction of the confidentiality designation for the Contract Form, the Firm believes that there is nothing for the Court's consideration at this time and the Motion should be denied as moot.

*I certify that this response contains 231 words, in compliance with the Local Civil Rules.*

Dated this 3rd day of November 2026.

ANGELI & CALFO LLC

By: /s/ Kyle B. Dugan

Angelo J. Calfo, WSBA #27079
Peter D. Hawkes, WSBA #56794
Harold Malkin, WSBA #30986
Tyler S. Weaver, WSBA #29413
Kyle B. Dugan, WSBA #65609
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810
angelo@angelicalfo.com
peter@angelicalfo.com
harold@angelicalfo.com
tylerw@angelicalfo.com
kyle@angelicalfo.com

*Attorneys for Defendants Alexandra Lozano Kennedy, La Luz Del Camino Legal, PLLC f/k/a Alexandra Lozano Immigration Law, PLLC*