THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON – AT SEATTLE

MARIA GUADALUPE DIAZ TOSCANO, individually and as class representative,

Plaintiffs,

vs.

ALEXANDRA LOZANO KENNEDY, *et al.*,

Defendants.

No. 2:26-cv-02088-RSM

DECLARATION OF AMY RIOS IN RESPONSE TO PLAINTIFF'S EMERGENCY MOTION UNDER FED. R. CIV. P. 23(d)

I, Amy Rios, declare as follows:

1. I am over eighteen years of age and am competent to testify herein. I make the following statements upon my personal knowledge.

2. Until approximately June 10, 2026, I was employed by La Luz Del Camino Legal ("La Luz") (f/k/a Alexandra Lozano Immigration Law) as the Chief Operating Officer. I served in that capacity since January 2024. My core responsibilities as Chief Operating Officer included, but were not limited to, overseeing operations across departments, improving internal processes, and ensuring that internal teams were working effectively towards the processing of client applications and petitions for immigration relief.



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

3. On June 10, 2026, La Luz ceased operations. Shortly thereafter, as a result of financial constraints faced by the firm, I was terminated as an employee and now work on a contract basis as Chief Operating Officer, overseeing a skeleton staff of exclusively contractors focused on permanently winding down La Luz's operations. One of several functions with which I am charged in my current role is overseeing the processing of partial refunds of legal fees to former clients of La Luz on whose behalf the firm performed some work but did not submit a completed application or petition for immigration relief to United States Citizenship and Immigration Services before the firm ceased operations.

4. The work to determine which clients were entitled to partial refunds commenced not long after the firm ceased operations. The individuals working on that project were either firm employees in the United States or employees of entities in Latin America that worked primarily for La Luz. In both cases, those employees were quickly converted, as I was, to contractor status. Approximately 5-10 individuals were involved in the refund project. The limited availability of staff slowed the refund project considerably.

5. By early October 2026, La Luz had identified all former clients who the firm believed were entitled to a partial refund and the amount of the refund due the former client. In accordance with the firm's longstanding refund policy, eligibility for partial refunds was determined based upon the amount of the flat fee the client was charged and had paid the firm and the amount of work performed on the client's case at the time of the firm's closure.

6. In total, La Luz has identified 1519 former clients (out of a total of more than 38,000 active clients at the time of the firm's closure) whom, based upon their individual circumstances, the firm determined were entitled to a partial refund of some amount.

7. The process of notifying former clients entitled to a partial refund and transmitting checks to them commenced on or about October 20, 2026.

8. To date, 298 former La Luz clients have received a partial refund check. La Luz engaged the financial services company Ramp to physically mail the checks to former clients'



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810

last known addresses. Ramp also informed clients by email that they should expect to receive a check, the amount of the check, and the anticipated arrival date of the check. Ramp included a hard copy of the notice of waiver with each check that was mailed. There has only been one version of the notice that was sent to former clients, which I understand Plaintiff has previously provided to the Court.

9. As of November 3, 2026, 31 former clients have cashed refund checks that they received from Ramp.

*I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.*

Executed this 4th day of November, 2026, at Mexico City, Mexico.

Amy Rios
_________________________
Amy Rios



ANGELI & CALFO LLC
ATTORNEYS AT LAW
701 Pike Street, Suite 1625
Seattle, WA 98101
Tel: 206-703-4810